[No. 10,564.—Department Two.]
PEOPLE v. HAN TIN.

MUNICIPAL ORDINANCE—CONSTITUTIONAL LAW.

APPEAL from a judgment of conviction, and an order denying a new trial, in the Superior Court of the County of San Joaquin.   BUCKLEY, J.

*McStay & Swinnerton,* for Appellant.

*George A. Blanchard* for the Attorney-General, for Respondent.

The COURT:

Upon the authority of the *People* v. *Car Soy, ante,* p. 102, judgment and order reversed, and cause remanded for a new trial.